UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMY MEISNER,

                      Plaintiff,

    -against-

623 NINTH AVENUE ASSOCIATES, LLC AND
LOTUS WEST CORP.,

                      Defendants.
------------------------------------------------------------x

Docket No: 1:23-CV-05833 (ALC)

**AFFIRMATION OF ROBERT G. HANSKI, ESQ. IN SUPPORT OF PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT**

    Robert G. Hanski, Esq. an attorney duly admitted to practice in the Southern District of New York, declares under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief:

    1.    I am member of Parker Hanski LLC and the attorney for plaintiff.

    2.    Pursuant to Local Rule 55.1 and Rule 55(a) of the Federal Rules of Civil Procedure, I make this affirmation in support of plaintiff's application for a Certificate of Default against Defendant 623 Ninth Avenue Associates, LLC for failure to answer or otherwise respond to the Complaint, as the times for Defendant 623 Ninth Avenue Associates, LLC to do so with respect to the Complaint has expired.

    3.    This action was commenced pursuant to a Complaint filed on July 7, 2023.

    4.    The Complaint was properly served and an executed Affidavit of Service was filed on ECF on August 17, 2023. (See ECF Document No. 8).

    5.    The time for Defendant 623 Ninth Avenue Associates, LLC to answer or otherwise move with respect to the complaint herein has expired.

    6.    Defendant 623 Ninth Avenue Associates, LLC has failed to plead, answer, or otherwise defend against the Complaint.

    7.    Defendant 623 Ninth Avenue Associates, LLC is not an infant or incompetent.

8. Defendant 623 Ninth Avenue Associates, LLC is not presently in the military service of the United States as appears from the facts in this litigation.

**WHEREFORE**, plaintiff respectfully requests that the default of Defendant 623 Ninth Avenue Associates, LLC be noted and a Certificate of Default issued against Defendant 623 Ninth Avenue Associates, LLC for failure to answer or otherwise respond to the Complaint.

Dated: New York, New York
August 21, 2023

**PARKER HANSKI LLC**

By: /s
Robert G. Hanski, Esq.
Attorneys for Plaintiff
40 Worth Street, Suite 602
New York, New York 10013
Telephone: (212) 248-7400
Facsimile: (212) 248-5600
rgh@parkerhanski.com