UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMY MEISNER,

                Plaintiff,

    -against-

623 NINTH AVENUE ASSOCIATES, LLC AND
LOTUS WEST CORP.,

                Defendants.
------------------------------------------------------------x

**Docket No: 1:23-CV-05833 (ALC)**

**REQUEST FOR CERTIFICATE OF DEFAULT**

TO: RUBY J. KRAJICK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

    Please enter the default of defendant 623 Ninth Avenue Associates, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the Court file herein and from the attached affirmation of Robert G. Hanski, Esq.

    Dated: August 21, 2023
           New York, New York

                              **PARKER HANSKI LLC**

                              By: _____/s/_____
                                  Robert G. Hanski, Esq
                                  Attorneys for Plaintiff
                                  40 Worth Street, Suite 602
                                  New York, New York 10013
                                  Telephone: (212) 248-7400
                                  Facsimile: (212) 248-5600
                                  rgh@parkerhanski.com