UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMY MEISNER,

                Plaintiff,

     -against-

623 NINTH AVENUE ASSOCIATES, LLC AND
LOTUS WEST CORP.,

                Defendants.
------------------------------------------------------------x

**Docket No: 1:23-CV-05833 (ALC)**

**CERTIFICATE OF DEFAULT**

    I, RUBY J. KRAJICK, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 7, 2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant 623 Ninth Avenue Associates, LLC by personally serving Nancy Dougherty, Authorized Agent for the Department of State, State of New York, *and proof of service was therefore filed on August 17, 2023, Doc. # 8.* I further certify that docket entries indicate that the defendant 623 Ninth Avenue Associates, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant 623 Ninth Avenue Associates, LLC is hereby noted.

Dated: New York, New York

        August   22  , 2023

**RUBY J. KRAJICK**

Clerk of Court

By _____
        Deputy Clerk