# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2024
```

March 6, 2024

**MEMO ENDORSED**

<u>Via ECF</u>
The Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
40 Foley Square
New York, NY 10007

Re:   Application for Extension of Time to File Joint Status Letter
      Amy Meisner v. 623 Ninth Avenue Associates, LLC and Lotus West Corp.
      <u>Docket No. 1:23-cv-05833 (ALC) (BCM)</u>

Dear Judge Moses:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline for the parties to submit a joint status letter from March 6, 2024 to March 11, 2024. The reason for this request is because the parties require the additional time in order to prepare the joint status letter. Due to an oversight, the undersigned counsel realized this evening that a joint status letter was due today, and therefore did not have the opportunity to confer with the defendants. An extension of time until Monday, March 11, 2024 will enable the parties to confer and prepare a joint status letter for filing.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
Robert G. Hanski, Esq.

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
March 7, 2024