```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMY MEISNER,

           Plaintiff,

  -against-

623 NINTH AVENUE ASSOCIATES, LLC, et al.,

           Defendants.

23-CV-5833 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's status conference, no later than **March 20, 2024**, defendants shall produce the disclosures required by Fed. R. Civ. P. 26(a)(1) and respond to plaintiff's initial requests for production of documents and interrogatories. To the extent that defendants fail to respond adequately and completely by that date, in accordance with Fed. R. Civ. P. 26(a)(1)(A), 33(b), and 34(b)(2), all objections, except as to privilege, will be deemed waived.

    The deadlines set forth in the Court's Initial Case Management Order (Dkt. 24) are modified as follows:

1.   <u>Depositions and Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **May 23, 2024**.

2.   <u>Expert Discovery</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **June 21, 2024**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **July 12, 2024**. Depositions of experts shall be completed no later than **July 26, 2024**.

    Judge Moses will conduct a status conference on **May 14, 2024, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. No later than **May 7, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       March 13, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**