UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMY MEISNER,

        Plaintiff,

   -against-

623 NINTH AVENUE ASSOCIATES, LLC, et al.,

        Defendants.

23-CV-5833 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's status conference, it is hereby ORDERED that defendant 623 Ninth Avenue Associates, LLC (623 Ninth Avenue) produce its tax returns for the years 2021, 2022, and 2023, **no later than May 23, 2024**. Should 623 Ninth Avenue fail to do so, any affirmative defense based on the asserted financial burden of removing the alleged barriers to access, *see*, *e.g.*, Answer (Dkt. 17) ¶¶ 16, 17, 18, will be precluded. However, in recognition of the sensitive nature of tax information, the parties shall, no later than **May 23, 2024**, enter into a stipulated "attorneys' eyes only" protective order with respect to the tax returns, and submit that order to the Court for review. If the parties are unable to reach agreement on the language of the stipulated protective order, counsel for defendants shall so advise the Court, and may request that the Court prepare and enter such an order.

Dated: New York, New York
      May 14, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**