# HANSKI PARTNERS LLC

85 DELANCEY STREET
NEW YORK, NEW YORK 10002
PHONE: 212.248.7400
FAX:    212.248.5600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/27/2024__

August 27, 2024

*Via ECF*

The Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, NY 10007

Re:    *Joint Status Letter*
       *Amy Meisner v. 623 Ninth Avenue Associates, LLC et al; 1:23-cv-05833 (MMG) (BCM)*

Dear Judge Moses:

We represent plaintiff Amy Meisner in the above-entitled action. On behalf of all of the parties we write pursuant to Your Honor's Order of July 23, 2024 (ECF No. 48) to provide an update on the parties' mediation efforts.

By way of background, this action concerns the inaccessibility of La Pulperia 44, a restaurant located at 623 Ninth Avenue, Manhattan, to plaintiff, a person with disabilities that uses a wheelchair for mobility. In her Complaint, plaintiff has alleged that defendants violate the ADA and analogous state and local laws (collectively, the "Human Rights Laws"). On July 23, 2024, the Court extended the parties time to complete mediation and extended the deadline for filing the joint pretrial order to September 26, 2024 so the parties may devote their full attention and resources towards settlement (ECF No. 48).

On August 20, 2024 the parties attended a second mediation, overseen by Mediator Casey Thomson from the SDNY mediation panel. The parties were ultimately unable to resolve the matter.

Thank you for your attention to this matter.

Respectfully submitted,

_____/s/_____
Robert G. Hanski, Esq.

The deadline for the parties' proposed joint pretrial order remains **September 26, 2024**. (*See* Dkt. 48.)
SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
August 27, 2024