# HANSKI PARTNERS LLC

85 Delancey Street  
New York, New York 10002  
Phone:  212.248.7400  
Fax:      212.248.5600

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 9/30/2024

September 26, 2024

*Via ECF*  
The Honorable Margaret M. Garnett  
United States District Judge  
United States District Court  
40 Foley Square  
New York, NY 10007

Re:   <u>Letter Motion Seeking Extension of Time to File Proposed Joint Pretrial Order  
       Amy Meisner v. 623 Ninth Avenue Associates, LLC and Lotus West Corp.,  
       Docket No. 1:23-cv-05833-MMG-BCM</u>

Dear Judge Garnett:

We represent plaintiff Amy Meisner in the above-entitled action and write, together with the defendants, to respectfully request a two-week extension of the deadline to file the proposed Joint Pretrial Order, from September 26, 2024 to October 10, 2024.  The reason for this request is that the defendants only provided their comments to the proposed Joint Pretrial Order today, and the parties need additional time to meet and confer on the edits.  While the parties initially intended to seek only a one-week extension, due to the Jewish Holidays which fall next week, the parties need the additional week to ensure they can meet the new filing deadline.

This is the parties' second request for an extension of time.  The parties first extension request, which was granted on July 23, 2024, was made to enable the parties to focus their efforts on settlement.  (See ECF Nos 47 and 48.)

Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

_____/s/_____  
Robert G. Hanski, Esq.

---

Application GRANTED IN PART.  It is hereby ORDERED that the deadline for the parties to submit a joint pretrial order is STAYED.  It is further ORDERED that the parties shall appear for a post-fact discovery conference on **Tuesday, October 22, 2024 at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  In accordance with this Court's Individual Rules & Practices governing post-discovery procedures, the parties shall file a joint status letter no later than **October 15, 2024**.

The Clerk of Court is respectfully directed to terminate Dkt. No. 52.

SO ORDERED.  Dated September 30, 2024

[signature]  
HON. MARGARET M. GARNETT  
UNITED STATES DISTRICT JUDGE