# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

July 7, 2025

*Via ECF*

The Honorable Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

Re:  Amy Meisner v. 623 Ninth Avenue Associates, LLC and Lotus West Corp.
     Case No. 1:23-cv-05833 (MMG)

Dear Judge Garnett:

We represent plaintiff Amy Meisner in the above-entitled action and write on behalf of all parties to provide the Court with an update as to the parties' documentation of their settlement agreement.

Last week the parties exchanged drafts of the settlement agreement. At the present time there are a few outstanding issues which the parties are attempting to resolve amongst themselves without seeking the Court's assistance. Accordingly, the parties respectfully request leave to file an updated status letter on or before July 14, 2025 to advise the Court as to their progress.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Robert G. Hanski, Esq.

---

GRANTED. It is hereby ORDERED that the parties shall file a joint status letter on their settlement efforts no later than **July 14, 2025**. In light of the parties' settlement in principle, the outstanding pre-trial-related motions are hereby DENIED as moot. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 90 and 91.

SO ORDERED.  Date: 7/8/2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE