# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

August 7, 2025

*Via ECF*

The Honorable Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

Re:   Amy Meisner v. 623 Ninth Avenue Associates, LLC and Lotus West Corp.
         Case No. 1:23-cv-05833 (MMG)

Dear Judge Garnett:

We represent plaintiff Amy Meisner in the above-referenced action and write on behalf of the parties[1] to provide the Court with an update regarding settlement efforts.

By way of background, on June 18, 2025, the parties participated in a settlement conference before Your Honor and reached a settlement the following day. The parties thereafter exchanged drafts of the settlement agreement; however, several issues remained unresolved (see ECF No. 92). On July 17, 2025, the parties attended a further settlement conference before Your Honor.

Since that conference, Plaintiff and defendant 623 Ninth Avenue Associates, LLC ("*Landlord Defendant*") have engaged in multiple discussions regarding the confidentiality provision—the sole outstanding issue between them. Landlord Defendant agreed to circulate a revised provision by Tuesday, August 5, 2025.

Earlier today Landlord Defendant circulated a revised agreement that made substantial changes to unrelated sections of the Settlement Agreement, despite having previously raised no objections to those provisions. This afternoon Plaintiff requested that Landlord Defendant circulate a new draft limited to revisions of the disputed confidentiality section.

In light of the foregoing, the parties respectfully request leave to file an updated status letter by August 15, 2025, to advise the Court on the status of settlement.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Robert G. Hanski, Esq.

---

[1] Plaintiff provided a copy of this letter to both defendants this afternoon for their approval prior to filing. Although defendant Lotus West Corp. did not respond, given the content of this letter Plaintiff has no reason to believe that it would withhold approval. Defendant 623 Ninth Avenue Associates, LLC affirmatively consented to the filing.